## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

2007 NOV 27  A 9 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| HOLCIM (US) INC., | * |
| **Plaintiff,** | * |
| v. | *    CIVIL ACTION NO. _2:07CV1042-MHT_ |
| | * |
| HARRIS CONCRETE PRODUCTS, LLC | * |
| and NED T. HARRIS, | * |
| | * |
| **Defendants.** | * |

## COMPLAINT

COMES NOW Holcim (US) Inc. and states its complaint against defendants as follows:

1.      Holcim (US) Inc. ("Holcim") is a corporation which was incorporated under the laws of the State of Delaware and its principal place of business is located in the State of Massachusetts. Holcim operates a cement manufacturing plant in Mobile County, Alabama, and Holcim otherwise does business in the State of Alabama.  Prior to December 14, 2001, Holcim was known as Holnam, Inc.

2.      Harris Concrete Products, LLC ("Harris Concrete") is a limited liability corporation organized under the laws of the State of Alabama.  Upon information and belief, the principal place of business of Harris Concrete is located in Montgomery, Alabama.

3.      Ned T. Harris ("Harris") is an individual who resides in Montgomery County, Alabama and he is a citizen of the State of Alabama.

4.      The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5.      The court has jurisdiction of this matter pursuant to 28 U.S.C. §1332 (Diversity of Citizenship).

## FIRST CAUSE OF ACTION

6.      The allegations of Paragraph 1 through 5 are realleged and incorporated herein.

7.      On or about July 26, 2001, Harris Concrete sent Holcim a signed credit application for the purpose of inducing Holcim to sell cement and other products to Harris Concrete on credit. The credit application provides that all sales are made subject to Holnam's (now Holcim) standard terms and conditions.

8.      The credit application contains a section titled "Guarantee." The guarantee section was signed by Harris, individually. The credit application and guarantee were submitted to Holcim for the purpose of inducing Holcim to sell cement and other material to Harris Concrete on credit.

9.      In reliance upon the credit application and the guarantee, Holcim began selling cement and other products to Harris Concrete on credit.

2

10.    From the period May 21, 2007 through August 31, 2007, Harris Concrete purchased cement and other products from Holcim for the agreed upon price and reasonable value of $115,724.36.

11.    The terms and conditions of sale under which each transaction was made provide as follows:

     a)    All invoices will be due and payable not later than the last day of the month following shipment;

     b)    Any amount unpaid after the last day of the month following shipment shall bear interest at the rate of 1½ % per month; and

     c)    Holcim shall be entitled to recover its collection costs and attorneys fees and expenses from Harris Concrete which it incurs in collecting any past due amount.

12.    Under the terms and conditions of sale, the entire Harris Concrete account with Holcim is past due. Despite due demand, Harris Concrete has failed and refused to make payment for the products which it purchased from Holcim.

WHEREFORE, the above premises considered, Holcim demands judgment against Harris Concrete Products LLC for the sum of ONE HUNDRED FIFTEEN THOUSAND SEVEN HUNDRED TWENTY FOUR AND 36/100 DOLLARS ($115,724.36), together with interest, costs, and a reasonable attorneys fee.

## SECOND CAUSE OF ACTION

13.    The allegations of Paragraphs 1 through 12 are realleged and incorporated herein.


14.    The guarantee which Harris signed and submitted to Holcim as part of the credit application reads, in part, as follows:

> the undersigned personally . . . unconditionally and irrevocably guarantees to Holnam the full and prompt payment when due . . . of all indebtedness of applicant [Harris Concrete] to Holnam . . .


15.    Pursuant to the guarantee which was submitted with the credit application, Harris is personally liable to Holcim for all amounts owed to Holcim by Harris Concrete including Holcim's reasonable attorneys fees.


WHEREFORE, the above premises considered, Holcim demands judgment against Harris Concrete Products LLC and Ned T. Harris, jointly and severally, for the sum of ONE HUNDRED FIFTEEN THOUSAND SEVEN HUNDRED TWENTY FOUR AND 36/100 DOLLARS ($115,724.36), together with interest, costs, and a reasonable attorneys fees.

_(signature)_

J. MARSHALL GARDNER  (GAR036)
Attorney for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:    (251) 432-9772
Facsimile:    (251) 432-9781
E-mail:        mgardner@vickersriis.com


Please serve Defendants as follows:

Harris Concrete Products LLC
1555 Mitchell Young Road
Montgomery, Alabama 36108

Mr. Ned T. Harris
Harris Concrete Products LLC
1555 Mitchell Young Road
Montgomery, Alabama 36108

5

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001276
Cashier ID: cstrecke
Transaction Date: 11/27/2007
Payer Name: VICKERS RIIS MURRAY
------------------------------------
CIVIL FILING FEE
 For: VICKERS RIIS MURRAY
 Case/Party: D-ALM-2-07-CV-001042-001
 Amount:        $350.00
------------------------------------
CHECK
 Remitter: VICKERS RIIS MURRAY
 Check/Money Order Num: 44422
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

DALM207CV001042-MHT

HOCIM US INC V HARRIS CONCRETE
PRODUCTS ET AL

VICKERS RIIS MURRAY ET AL

P O DRAWER 2568

MOBILE, AL  36652-2568
```