IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

HOLCIM (US) INC. )
_____, )
 )
    Plaintiff, )
 )
v. ) CASE NO. 2:07-cv-01042-MHT-WC
 )
HARRIS CONCRETE PRODUCTS, LLC, et al. )
_____, )
 )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Holcim (US) Inc._, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Holcim LTD | Parent Company |
| | |
| | |

11/30/2007                           /s/ J. Marshall Gardner
_____                            _____
Date                                 (Signature)

J. Marshall Gardner
_____
(Counsel's Name)

Holcim (US) Inc.
_____
Counsel for (print names of all parties)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Address, City, State Zip Code
(251) 432-9772
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I,_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20 07, to:

_____

_____

_____

_____

_____

_____          _____
Date                                                                          Signature