**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

HARRIS CONCRETE PRODUCTS, LLC
1555 MITCHELL YOUNG ROAD
MONTGOMERY, ALABAMA 36108

onew 1042 stc

4a. Article Number
7000 0520 0016 5091 9269

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
12/4/07

5. Received By: (Print Name)
Richard Anderson

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

MR. NED T. HARRIS
HARRIS CONCRETE PRODUCTS, LLC
1555 MITCHELL YOUNG ROAD
MONTGOMERY, ALABAMA 36108

onew 1042 stc

4a. Article Number
7000 0520 0016 5091 9276

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
12/4/07

5. Received By: (Print Name)
Richard Anderson

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt