IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **HOLCIM (US) INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**HARRIS CONCRETE PRODUCTS, LLC<br>and NED T. HARRIS,**<br><br>    **Defendant.** | **CASE NO. 07-CV-1042-MHT** |

**ANSWER
FOR HARRIS CONCRETE PRODUCTS, LLC and
NED T. HARRIS**

COME NOW, the Defendants, Harris Concrete Products, LLC, and Ned T. Harris, by and through legal counsel of record, and for answer to the Plaintiff's complaint, in each count thereof, separately and severally, says as follows:

1. The Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of this averment and it is therefore denied.

2. Admitted

3. Admitted

4. The Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of this averment and it is therefore denied.

5. 28 U.S.C. §1332 speaks for itself. The Defendants reserve the right to answer paragraph 5 as discovery is completed. Therefore, the Defendants, at this time, deny personal jurisdiction.

## FIRST CAUSE OF ACTION

6. No response is necessary

7. The documents speak for themselves. However, inasmuch as this averment represents a claim against the Defendants, it is denied.

8. This averment contains statements and factual conclusions and no response is required. However, inasmuch as this averment represents a claim against the Defendants, it is denied.

9. This averment contains statements and factual conclusions and no response is required. However, inasmuch as this averment represents a claim against the Defendants, it is denied.

10. The Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of this averment and it is therefore denied.

11. The documents that provide the basis for this averment speak for themselves. However, inasmuch as this averment represents a claim against the Defendants, it is denied.

12. The allegations set forth in Paragraph 12 to the complaint appear to be statements and legal conclusions to which no response is required. To the extent a response is required, the Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of this averment and it is therefore denied.

## SECOND CAUSE OF ACTION

13. No response is necessary

14. The documents that provide the basis for this averment speak for themselves. However, inasmuch as this averment represents a claim against the Defendants, it is denied.

15. The allegations set forth in Paragraph 15 to the complaint appear to be statements and legal conclusions to which no response is required. To the extent a response is required, the Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of this averment and it is therefore denied.

MOREOVER, this Defendants plead the following defenses:

### DEFENSES

#### FIRST DEFENSE

The Defendants deny the material allegations of the Plaintiff's complaint and demand strict proof thereof.

#### SECOND DEFENSE

The Defendants plead the affirmative defenses of accord and satisfaction, assumption of the risk, contributory negligence, estoppel, laches, payment, release, statute of frauds, statute of limitations, waiver, and Plaintiff's failure to mitigate damages.

#### THIRD DEFENSE

The Defendants reserve the right to amend their Answer until all discovery has been completed.

Respectfully submitted on this the 18 day of December 2007.

Memory & Day

By: /S/ James L. Day
James L. Day

- 4 -

                                            ASB-1256-A55J

                                            Von G. Memory
                                            ASB-8137-071V

                                            Attorneys for Defendants

OF COUNSEL

Memory *&* Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email  vgmemory@memorylegal.com
        jlday@memorylegal.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☑ placing same in the United States Mail, postage prepaid, and properly addressed

☑ E-mail or ECF

☐ facsimile

☐ hand delivery

☐ delivered in open court

on December 18, 2007.

J. Marshall Gardner, Esq.
Vickers, Riis, Murray & Curran, L.L.C.
P. O. Drawer 2568
Mobile, AL 36652-2568
Phone  (251) 432-9772
Fax     (251) 432-9781

                                            /S/ James L. Day
                                            OF COUNSEL