IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **HOLCIM (US) INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **HARRIS CONCRETE PRODUCTS, LLC and NED T. HARRIS,** <br><br> **Defendant.** | **CASE NO. 07-CV-1042-MHT** |

REPORT OF PLANNING MEETING

COME NOW, the Plaintiff, Holcim, Inc., and Defendants, Harris Concrete Products, LLC, and Ned T. Harris (herein "Parties"), and pursuant to this Honorable Court's order of December 19, 2007, respectfully shows that pursuant to FED. R. CIV. P. 26(f), a meeting was held via telephone on January 11, 2007, and as a result of said meeting submit the following in compliance with the Court's Rule 26(f) order:

For the Plaintiff:

J. Marshall Gardner, Esq., for Holcim (US) Inc.
Vickers, Riis, Murray & Curran, L.L.C.
P. O. Drawer 2568
Mobile, AL 36652-2568
Phone (251) 432-9772
Fax   (251) 432-9781

For the Defendant:

Von G. Memory, Esq., for Harris Concrete Products, LLC, and Ned T. Harris
James L. Day, Esq., for Harris Concrete Products, LLC, and Ned T. Harris
Memory & Day
P.O. Box 4054
Montgomery, AL 36013
Phone (334) 834-8000

Fax (334) 834-8001

1. BENCH TRIAL. This civil action should be ready for trial on or after June 30, 2008. It is expected that a trial will last approximately one (1) day[1].

2. PRETRIAL CONFERENCE. The parties request a pretrial conference during the week of May 26, 2008.

3. DISCOVERY PLAN. The Parties propose to the court the following discovery plan:

All discovery shall commence and be completed on or before April 30, 2008. Also, reference and attention should be directed to the limits contained in item 8.

4. INITIAL DISCLOSURES. The parties shall exchange, prior to February 1, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

5. ADDITIONAL PARTIES AND OTHER AMENDMENTS. The parties shall have until March 1, 2008, to amend the pleadings and join or add additional parties.

6. EXPERTS. The Plaintiff shall name its experts and advance Rule 26 information on or before March 31, 2008. The Defendants shall name their experts and advance Rule 26 information on or before April 30, 2008.

7. PRETRIAL DISCLOSURES. The parties shall exchange their final lists of witnesses and exhibits under Rule 26(a)(3) on or before May 15, 2008.

8. DISCOVERY LIMITS.

A maximum of 40 interrogatories by each party to any other party. Responses are due 30 days after service.

A maximum of 5 depositions by plaintiffs and 5 each by the defendants. Each deposition limited to maximum of 3 hours unless extended by agreement of parties.

A maximum of 20 requests for admission by each party to any other party are allowed. Responses are due 30 days after service.

A maximum of 30 requests for production of documents by each party to any other party are allowed. Responses are due 30 days after service.

9. DISPOSITIVE MOTIONS. All potentially dispositive motions are due on or before May 15, 2008.

---

[1] If the case remains non-jury

10.  SETTLEMENT.  The parties are currently not discussing settlement. Also, the Parties  agree to ADR

Respectfully submitted this the 11th day of January 2008.

/s/ J. Marshall Gardner
J. Marshall Gardner, Esq.
Vickers, Riis, Murray & Curran, L.L.C.
P. O. Drawer 2568
Mobile, AL 36652-2568
ASB-8459-E58J

/s/James L. Day
James L. Day, Esq.
ASB-1256-A55J

Von G. Memory, Esq.
ASB-8137-071V

Attorneys for Defendants
Post Office Box 4054
Montgomery, AL 36103-4054
(334) 834-8000