IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HOLCIM (US) INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO. 2:07cv1042-MHT |
| | * |
| **HARRIS CONCRETE PRODUCTS, LLC** | * |
| **and NED T. HARRIS,** | * |
| | * |
| Defendants. | * |

## NOTICE OF FILING DISCOVERY

COMES NOW Holcim (US) Inc. and hereby give notice of service of the following discovery documents on counsel of record to this action:

*Rule 26(a)(1) Initial Disclosures of Holcim (US) Inc.*

    /s/ J. Marshall Gardner
J. MARSHALL GARDNER (ASB-8459-E58J)
Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:   (251) 432-9772
Facsimile:   (251) 432-9781
mgardner@vickersriis.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 15th day of January, 2008:

Von G. Memory, Esquire
James L. Day, Esquire
Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054

                                                /s/ J. Marshall Gardner
                                                J. MARSHALL GARDNER