## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **HOLCIM (US) INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07cv1042-MHT |
| | * | |
| **HARRIS CONCRETE PRODUCTS, LLC** | * | |
| **and NED T. HARRIS,** | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF FILING DISCOVERY

COMES NOW Holcim (US) Inc. and hereby give notice of service of the following discovery documents on counsel of record to this action:

1. **Notice of Deposition Pursuant to Rule 30(b)(6) of Harris Concrete Products, LLC; and**

2. **Notice of Deposition of Ned T. Harris.**

          /s/ J. Marshall Gardner
          J. MARSHALL GARDNER (ASB-8459-E58J)
          Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:   (251) 432-9772
Facsimile:   (251) 432-9781
mgardner@vickersriis.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 1st day of February, 2008:

 Von G. Memory, Esquire
 James L. Day, Esquire
 Memory & Day
 Post Office Box 4054
 Montgomery, AL 36103-4054


                /s/ J. Marshall Gardner
               J. MARSHALL GARDNER