IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HOLCIM (US) INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS CONCRETE PRODUCTS, LLC, and NED T. HARRIS,<br><br>    Defendant. | CASE NO. 07-CV-1042-MHT |

SUGGESTION OF BANKRUPTCY

On February 18, 2008, Harris Concrete Products, LLC, filed a petition for an order of relief under Chapter 11, Title 11, of the Bankruptcy Code, Case Number 08-30272, in the United States Bankruptcy Court, Middle District of Alabama. Pursuant to this filing, a notice of automatic stay is hereby advanced under 11 U.S.C. 362, 1301.

Respectfully submitted February 22, 2008.

                Memory & Day

            By: /S/ James L. Day
               James L. Day
               ASB-1256-A55J

               Von G. Memory
               ASB-8137-071V

               Attorneys for Harris Concrete
               Products, LLC

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
(334) 834-8000

- 2 -

**CERTIFICATE OF SERVICE**

 I hereby certify that I have this date served a copy of the foregoing document on the following, by:

 ☒ placing same in the United States Mail, postage prepaid, and properly addressed

 ☒ E-mail or ECF

 ☐ facsimile

 ☐ hand delivery

 ☐ delivered in open court

on February 22, 2008.

J. Marshall Gardner, Esq.
Vickers, Riis, Murray & Curran, L.L.C.
P. O. Drawer 2568
Mobile, AL 36652-2568

              /S/ James L. Day
              James L. Day