IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HOLCIM (US) INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv1042-MHT |
| ) | |
| HARRIS CONCRETE PRODUCTS, ) | |
| LLC and NED T. HARRIS, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the suggestion of bankruptcy as to defendant Harris Concrete Products, LLC (Doc. No. 16), it is ORDERED that an on-the-record status conference is set for March 13, 2008, at 9:30 a.m. Counsel for plaintiff is to arrange for the conference to be conducted by telephone with counsel for all parties present.

DONE, this the 4th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE