IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HOLCIM (US) INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CASE NO. 2:07cv1042-MHT |
| | * |
| **HARRIS CONCRETE PRODUCTS, LLC** | * |
| **and NED T. HARRIS,** | * |
| | * |
| **Defendants.** | * |

## DEPOSITION DESIGNATIONS OF HOLCIM (US) INC.

COMES NOW Holcim (US) Inc. and pursuant to the Uniform Scheduling Order entered by the court, makes the following deposition designations for use at the trial of this case:

1.   Deposition of Ned T. Harris

   From Page 5, Line 21 to Page 6, Line 12

   From Page 10, Line 3 to Page 10, Line 6

   From Page 11, Line 6 to Page 12, Line 6

   From Page 13, Line 18 to Page 15, Line 3

   From Page 16, Line 2 to Page 18, Line 5

   From Page 18, Line 22 to Page 19, Line 19

   From Page 22, Line 20 to Page 24, Line 13

   From Page 26, Line 22 to Page 27, Line 7

   From Page 27, Line 12 to Page 28, Line 8

     /s/ J. Marshall Gardner
J. MARSHALL GARDNER (ASB-8459-E58J)
Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:   (251) 432-9772
Facsimile:   (251) 432-9781
mgardner@vickersriis.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 8th day of May, 2008:

    Von G. Memory, Esquire
    James L. Day, Esquire
    Memory & Day
    Post Office Box 4054
    Montgomery, AL 36103-4054

     /s/ J. Marshall Gardner
J. MARSHALL GARDNER