IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HOLCIM (US) INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07cv1042-MHT |
| | * | |
| **HARRIS CONCRETE PRODUCTS, LLC** | * | |
| **and NED T. HARRIS,** | * | |
| | * | |
| Defendants. | * | |

**EXHIBIT LIST OF HOLCIM (US) INC.**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1. | Credit Application from Harris Concrete Products, LLC to Holnam dated 7/26/01 | | |
| 2. | Account Statement for Harris Concrete Products, LLC for the period ending September 30, 2007 | | |
| 3. | Group of 30 invoices from Holcim to Harris Concrete Products, LLC covering the period 5/21/07 through 8/31/07 | | |
| 4. | Any document introduced by any other party to which plaintiff does not object | | |

    /s/ J. Marshall Gardner
J. MARSHALL GARDNER (ASB-8459-E58J)
Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:     (251) 432-9772
Facsimile:     (251) 432-9781
mgardner@vickersriis.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 8th day of May, 2008:

Von G. Memory, Esquire
James L. Day, Esquire
Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054

    /s/ J. Marshall Gardner
J. MARSHALL GARDNER