IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOLCIM (US) INC., | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07cv1042-MHT |
| HARRIS CONCRETE PRODUCTS, LLC and NED T. HARRIS, | * |
| Defendants. | * |

## WITNESS LIST OF HOLCIM (US) INC.

COMES NOW Holcim (US) Inc. and pursuant to the Uniform Scheduling Order entered in this case, sets out below a list of all witnesses, except witnesses to be used solely for impeachment purposes, whom Holcim may call at the trial of this case:

1. Roy D. Dodd
   Credit Manager
   Holcim (US) Inc.
   3237 Satellite Boulevard
   Building 300, Suite 220
   Duluth, Georgia 30096

2. Jody Lenderman
   1502 Citation Terrace
   Helena, Alabama 35080

3. Ned T. Harris
   Harris Concrete Products, LLC
   1555 Mitchell Young Road
   Montgomery, Alabama 36108

        /s/ J. Marshall Gardner
        J. MARSHALL GARDNER (ASB-8459-E58J)
        Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:   (251) 432-9772
Facsimile:   (251) 432-9781
mgardner@vickersriis.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 8th day of May, 2008:

Von G. Memory, Esquire
James L. Day, Esquire
Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054

        /s/ J. Marshall Gardner
        J. MARSHALL GARDNER