IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HOLCIM (US) INC., <br><br> Plaintiff, <br><br> v. <br><br> HARRIS CONCRETE PRODUCTS, LLC and NED T. HARRIS, <br><br> Defendant. | CASE NO. 07-CV-1042-MHT |

### DEFENDANT'S TRIAL EXHIBITS

Pursuant to the Court's January 15, 2008 Scheduling Order, Defendant Ned T. Harris submits the following list of exhibits he intends to use during the trial of this matter.

| Ex # | Exhibit | Allowed | Denied |
|---|---|---|---|
| 1 | Production Data (Cement Yield Per Block) June 2005 through June 2007 | ☐ | ☐ |
| 2 | Spreadsheet, materials delivered, blocks yielded, June 2005 through June 2007 | ☐ | ☐ |
| 3 | Correspondence between Plaintiff and Defendant from December 2005 through January 2008 | ☐ | ☐ |
| 4 | Copies of email messages between Plaintiff and Defendant from December 2005 through January 2008 | ☐ | ☐ |

Respectfully submitted on May 14, 2008.

Memory & Day

By:   /S/ James L. Day

        James L. Day
        ASB-1256-A55J

        Von G. Memory
        ASB-8137-071V

        Attorneys for Harris Concrete
        Products, LLC and Ned T. Harris

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on May 14, 2008.

J. Marshall Gardner, Esq.
Vickers, Riis, Murray & Curran, L.L.C.
P. O. Drawer 2568
Mobile, AL 36652-2568

        /S/ James L. Day
        OF COUNSEL