# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HOLCIM (US) INC., <br><br> Plaintiff, <br><br> v. <br><br> HARRIS CONCRETE PRODUCTS, LLC and NED T. HARRIS, <br><br> Defendant. | CASE NO. 07-CV-1042-MHT |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's January 15, 2008 Scheduling Order, Defendant Ned T. Harris submits the following list of witnesses he intends to call during the trial of this matter.

1. Richard Anderson, 1555 Mitchell Young Rd, Montgomery, AL 36108, (334) 280-3828

2. Ned T. Harris, 1555 Mitchell Young Rd, Montgomery, AL 36108, (334) 280-3828

3. Jeanie Layfield, 4141 Denton Drive, Montgomery, AL, 36106 (334)277-3740

4. John Harris, 1555 Mitchell Young Rd, Montgomery, AL 36108, (334) 280-3828

5. Jody Lenderman, 1502 Citation Terrace, Helena, Alabama 35080

6. All parties to this lawsuit

7. Any witness named or called by any party to this lawsuit

8. Any witness referred to in any discovery document or deposition

9. Any other witness who may be disclosed as discovery progresses

10. All witnesses called by the Plaintiff.

11. Any witnesses identified during discovery whose name is not presently known.

12. Any depositions of witnesses called live at trial for impeachment purposes.

13. Any and all custodians of relevant records

Respectfully submitted on May 14, 2008.

                                                    Memory *&* Day

By:   /S/ James L. Day
       James L. Day
       ASB-1256-A55J

       Von G. Memory
       ASB-8137-071V

       Attorneys for Harris Concrete
       Products, LLC and Ned T. Harris

OF COUNSEL:

Memory *&* Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on May 14, 2008.

J. Marshall Gardner, Esq.
Vickers, Riis, Murray & Curran, L.L.C.

- 2 -

P. O. Drawer 2568
Mobile, AL 36652-2568

                                             <u>/S/ James L. Day</u>
                                             OF COUNSEL