IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HOLCIM (US) INC.,                      *
                                       *
    Plaintiff,                     *
                                       *
v.                                     *    CASE NO. 2:07cv1042-MHT
                                       *
HARRIS CONCRETE PRODUCTS, LLC          *
and NED T. HARRIS,                     *
                                       *
    Defendants.                    *

## PLAINTIFF'S OBJECTIONS TO
## DEFENDANT'S PROPOSED TRIAL EXHIBITS

COMES NOW Holcim (US) Inc., Plaintiff, and states it objections to the Defendant's proposed trial exhibits as follows:

1.    **Production Data (Cement Yield Per Block) June 2005 through June 2007**

Holcim (US) Inc. ("Holcim") objects to this exhibit on the grounds that the information contained therein is not relevant to the issues before the court. (Federal Rule of Evidence 402). The defendant is apparently seeking to introduce this exhibit to support a claim that it experienced problems with some of the material sold to it by Holcim. However this issue is not before the court because the plaintiff did not make any allegations, either in a counter-claim or in the form an affirmative defense, regarding the quality of the product that it received from Holcim.

Holcim also objects because Exhibit 1 has not been authenticated as a record of regularly conducted activity.  (Federal Rule of Evidence 803(6)).[1]


2.    **Spreadsheet, materials delivered, blocks yielded, June 2005 through June 2007**

Holcim (US) Inc. ("Holcim") objects to this exhibit on the grounds that the information contained therein is not relevant to the issues before the court.  (Federal Rule of Evidence 402).  The defendant is apparently seeking to introduce this exhibit to support a claim that it experienced problems with some of the material sold to it by Holcim.  However this issue is not before the court because the plaintiff did not make any allegations, either in a counter-claim or in the form an affirmative defense, regarding the quality of the product that it received from Holcim.


Holcim also objects because Exhibit 2 has not been authenticated as a record of regularly conducted activity.  (Federal Rule of Evidence 803(6)).


3.    **Correspondence between Plaintiff and defendant from December 2005 through January 2008**

Holcim objects to this exhibit because it has not been provided with a copy of the correspondence which the plaintiff intends to introduce.

---

[1]Holcim has requested, but has not received, a copy of the exhibits listed by the defendant, and thus Holcim is unable to stipulate as to the authenticity of the documents.  If Holcim is provided with a copy of the exhibits before trial, Holcim will review the documents and determine if it can withdraw its objection based upon Federal Rule of Evidence 803(6).

4.    **Copies of e-mail messages between Plaintiff and Defendant from December 2005 through January 2008**

Holcim objects to this exhibit because it has not been provided with a copy of the e-mail messages which the plaintiff intends to introduce.


                                                    /s/ J. Marshall Gardner
                                                    J. MARSHALL GARDNER (ASB-8459-E58J)
                                                    Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:      (251) 432-9772
Facsimile:      (251) 432-9781
mgardner@vickersriis.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 9th day of June, 2008:

        Von G. Memory, Esquire
        James L. Day, Esquire
        Memory & Day
        Post Office Box 4054
        Montgomery, AL 36103-4054


                                                    /s/ J. Marshall Gardner
                                                    J. MARSHALL GARDNER