IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOLCIM (US) INC., | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07cv1042-MHT |
| HARRIS CONCRETE PRODUCTS, LLC and NED T. HARRIS, | * |
| Defendants. | * |

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW SUBMITTED BY PLAINTIFF HOLCIM (US) INC.

### FINDINGS OF FACT

1. Holcim (US) Inc. ("Holcim") is a corporation which was incorporated under the laws of the State of Delaware and its principal place of business is located in the State of Massachusetts. Holcim operates a cement manufacturing plant in Mobile County, Alabama, and Holcim otherwise does business in the State of Alabama. Prior to December 14, 2001, Holcim was known as Holnam, Inc.

2. Harris Concrete Products, LLC ("Harris Concrete") is a limited liability corporation organized under the laws of the State of Alabama. Upon information and belief, the principal place of business of Harris Concrete is located in Montgomery, Alabama.

3. Ned T. Harris ("Harris") is an individual who resides in Montgomery County, Alabama and he is a citizen of the State of Alabama.

4. On or about July 26, 2001, Harris Concrete sent Holnam (now Holcim) a signed credit application for the purpose of inducing Holcim to sell cement and other products to Harris Concrete on credit. The credit application provides that all sales are made subject to Holnam's standard terms and conditions.

5. The credit application contains a section titled "Guarantee." The guarantee was signed by Harris, individually. The credit application and guarantee were submitted to Holcim for the purpose of inducing Holcim to sell cement and other material to Harris Concrete on credit.

6. In reliance upon the credit application and the guarantee, Holcim began selling cement and other products to Harris Concrete on credit.

7. From the period May 21, 2007 through August 31, 2007, Harris Concrete purchased cement and other products from Holcim for the agreed upon price and reasonable value of $115,724.36.

8. The terms and conditions of sale under which each transaction was made provide as follows:

2

    a)    All invoices will be due and payable not later than the last day of the month following shipment;

    b)    Any amount unpaid after the last day of the month following shipment shall bear interest at the rate of 1½ % per month; and

    c)    Holcim shall be entitled to recover its collection costs and attorneys fees and expenses from Harris Concrete which it incurs in collecting any past due amount.

9.    On February 18, 2008, Harris Concrete filed a voluntary petition for bankruptcy pursuant to Chapter 11. As a result of the bankruptcy filing, this action was stayed as to Harris Concrete.

10.    As of June 23, 2008, Harris Concrete owes Holcim the principal sum of $115,724.36, together with interest in the amount of $22,688.95. Holcim is also entitled to recover its reasonable attorneys fee incurred in collecting this debt.

11.    The guarantee signed by Harris provides that Harris unconditionally and irrevocably guaranties to Holcim the full and prompt payment when due of all indebtedness of Harris Concrete to Holcim. The guarantee further states that the obligation of Harris to Holcim shall be unaffected by any change in the terms, release or compromised of the indebtedness of Harris Concrete to Holcim.

12.    Holcim would not have extended credit to Harris Concrete without the personal guarantee of account by Harris.

## CONCLUSIONS OF LAW

1. By signing the portion of the credit application of Harris Concrete titled "Guarantee," Harris personally guaranteed payment to Holcim of all indebtedness of Harris Concrete to Holcim.

2. Harris Concrete has defaulted under the terms of this account with Holcim. Under the terms of the guarantee, Harris is personally liable to Holcim for the indebtedness owed by Harris Concrete.

3. Holcim is entitled to a judgment against Harris for the sum of $138,413.31. This amount includes the principal sum of $115,724.36, plus interest in the amount of $22,688.95. Holcim is also entitled to recover its reasonable attorneys fees expended in collecting this indebtedness.

DONE this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

                        /s/ J. Marshall Gardner
                        J. MARSHALL GARDNER (ASB-8459-E58J)
                        Attorneys for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:   (251) 432-9772
Facsimile:   (251) 432-9781
mgardner@vickersriis.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 11th day of June, 2008:

Von G. Memory, Esquire
James L. Day, Esquire
Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054

                        /s/ J. Marshall Gardner
                        J. MARSHALL GARDNER