IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOLCIM (US) INC., | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07cv1042-MHT |
| HARRIS CONCRETE PRODUCTS, LLC and NED T. HARRIS, | * |
| Defendants. | * |

## MOTION FOR ENTRY OF JUDGMENT BY STIPULATION

COME NOW Holcim (US) Inc. and Ned T. Harris, through each party's respective undersigned counsel, and hereby stipulate that a judgment in favor of Holcim (US) Inc. and against Ned T. Harris for the sum of ONE HUNDRED FORTY EIGHT THOUSAND FOUR HUNDRED THIRTEEN AND 31/100THS DOLLARS ($148,413.31) may be entered by the court. A proposed order of judgment is attached to this motion.

_____
J. MARSHALL GARDNER (ASB-8459-E58J)
Attorney for Holcim (US) Inc.

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
106 St. Francis Street, Suite 1100 (36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:  (251) 432-9772
Facsimile:  (251) 432-9781

_____
JAMES L. DAY (ASB-1256-A55J)
Attorney for Ned T. Harris

OF COUNSEL:

MEMORY & DAY
Post Office Box 4054
Montgomery, Alabama 36103-4054
Telephone:  (334) 834-8000
Facsimile:  (334) 834-8000