IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOLCIM (US) INC. )<br>)<br>    Plaintiff, )<br>) CIVIL ACTION NO. 2:07-cv-01042-MHT<br>vs. )<br>)<br>HARRIS CONCRETE PRODUCTS, LLC, )<br>ET AL. )<br>    Defendants. ) | |

CERTIFICATE OF JUDGMENT

I, Debra P. Hackett, Clerk of the U.S. District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 26th day of June, 2008, Holcim (US) Inc., plaintiff, recovered of Ned T. Harris, defendant, judgment in the amount of $148,413.31, for costs incurred in prosecuting this action.

That James Marshall Gardner is the plaintiff's attorney of record and that Holcim (US) Inc. is the owner of said judgment.

WITNESS my hand and seal of office this the 7th day of July, 2008.

Debra P. Hackett
Clerk, of the United States District Court
Middle District of Alabama

By: /s/ Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005708
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: VICKERS RIIS MURRAY AND CURRAN
-----------------------------------
CERTIFICATION OF DOCUMENT
 For: VICKERS RIIS MURRAY AND CURRAN
 Amount:         $9.00
-----------------------------------
CHECK
 Check/Money Order Num: 045855
 Amt Tendered:  $9.00
-----------------------------------
Total Due:      $9.00
Total Tendered: $9.00
Change Amt:     $0.00

FOR CERT OF JUDGMENT IN
2:07-CV-1042
```